IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   02-cv-02267-WDM-PAC (consolidated with 03-cv-01633-WDM-PAC)

APPLIED INNOVATIVE TECHNOLOGIES, INC.,

    Plaintiff(s),

v.

EXCALIBUR ELECTRONICS, INC., et al.,

    Defendant(s).

_____

**ORDER**
_____

    There being no further activity in this case since the administrative closure January 24, 2006, it is now ordered that the complaint and this action are dismissed without prejudice.

    DATED:  February 13, 2007

                    BY THE COURT:

                    _____
                    Walker D. Miller, Judge